# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRODERICK SCOTT

NO. 2022 KW 1106

**JANUARY 17, 2023**

---

In Re:    Broderick Scott, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Assumption, No. 17-
          CR-000011.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

    **WRIT GRANTED.** While inexcusable failure of a petitioner to comply with the provisions of Article 926 may be a basis for dismissal of his application pursuant to La. Code Crim. P. art. 926(E), considering the particular facts and circumstances of this case, we find the district court erred in summarily denying relator's application for postconviction relief on a procedural basis.   Relator's claim of ineffective assistance of counsel is one which, if established, would entitle him to relief. See U.S. Const. amend. VI; La. Const. art. I, §13; see also La. Code Crim. P. art. 930.3(1).   Accordingly, we hereby vacate the May 3, 2022 ORDER denying relator's application for postconviction relief and remand the matter to the district court for consideration of the merits.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT